1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar #CA 117234
2  WILLIAM B. COSSITT, #3484
   Office of the United States trustee
3  300 Booth Street, Room 3009
   Reno NV  89509
4  Telephone: (775) 784-5335
   E-Mail: bill.cossitt@usdoj.gov
5
   Attorneys for United States Trustee
6  Tracy Hope Davis

7

8                        UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10 | IN RE:                                    | Case No.
11 | ADMISSION OF GOVERNMENT ATTORNEY           | MOTION TO ADMIT GOVERNMENT
                                                | ATTORNEY
12 | JARED ANDREW DAY.

13

14       COMES NOW THE UNITED STATES TRUSTEE'S OFFICE, by and through Nicholas

15 Strozza, Assistant United States Trustee, and William Cossitt, Trial Attorney, and pursuant to the Rule

16 LR IA 11-3 of the Local Rules of Practice for the United States District Court for the District of Nevada,

17 hereby move the Court for an order permitting Jared Andrew Day to practice before this Court,

18 including the United States Bankruptcy Court, for the purpose of representing the United States Trustee

19 during the period of his employment by the United States of America.

20       Jared Andrew Day is a member in good standing of the State Bar of California (Bar Number

21 / / /

22 / / /

23 / / /

24

1

1  275687).  He is employed as a Trial Attorney with the Office of the United States Trustee, 300 Booth

2  Street, Room 3009, Reno, Nevada 89509.  His telephone number is (775) 784-5335 and his e-mail

3  address is Jared.A.Day@usdoj.gov.

4                  Dated this 26th day of January, 2017.

5                                              Respectfully submitted,

6                                              Nicholas Strozza
                                            State Bar #CA 117234

7                                              William B. Cossitt
                                            State Bar #3484

8

9                                              /s/ WILLIAM B. COSSITT
                                            _____
                                            Attorneys for United States Trustee

10                                             Tracy Hope Davis

11

12       IT IS SO ORDERED.

      Dated:          Lcpwct{"52."4239"""""""""  _____

13                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

2